IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MJ-078-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF, ) | |
| ) | **ORDER** |
| All funds in Bank of America account ) | |
| XXXX XXXX 7471, such account held in ) | |
| The name of CARL DAVID WRIGHT ) | |
| ) | |
| All funds in Bank of America account ) | |
| XXXX XXXX 1761, such account held in ) | |
| The name of CARL DAVID WRIGHT ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Seizure Warrant numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Seizure Warrant be unsealed.

The clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: April 8, 2013

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.