IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MJ-078-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF, ) | |
| ) | **ORDER** |
| **3062 Hwy 73, Iron Station,** ) | |
| **North Carolina 28080** ) | |
| ) | |
| _____ ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Seizure Warrant numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Seizure Warrant be unsealed.

The clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: April 8, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.